Walter ABELL, William E. Thompson, partners, d/b/a Winn-D Investment Company, and Fred and Mary Daues, Plaintiffs·Appellants,

v.

ITT GRINNELL CORPORATION,
Defendant-Respondent.

No. 51317.

Missouri Court of Appeals,
Eastern District,
Division Two.

March 10, 1987.

Bruce Nangle, St. Louis, for plaintiffs-appellants.

David D. Crane, St. Louis, for defendant-respondent.

ORDER

Plaintiffs appeal from a judgment for defendant in their court-tried suit for damages resulting from defendant's alleged failure to comply with certain rules and regulations promulgated by the St. Louis Metropolitan Sewer District. We affirm.

An extended opinion would serve no jurisprudential purpose. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).